**Shunda T. FRANCIS, Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA ex rel. DEPARTMENT OF JUVENILE JUSTICE, Defendant–Appellee.**

No. 04–1226.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 3, 2004.

Shunda T. Francis, Appellant pro se.

Martha Murphey Parrish, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shunda T. Francis appeals the district court's order dismissing her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Francis v. Virginia,* No. CA–03–968–3 (E.D.Va. Jan. 22, 2004). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*